IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL J. PISKANIN, ) | |
| ) | Civil Action No. 06 - 129J |
| Plaintiff, ) | |
| ) | Judge Kim R. Gibson / |
| v. ) | Magistrate Judge Lisa Pupo Lenihan |
| ) | |
| EDWARD RENDELL *Individually, and as the* ) | |
| *Governor of the Commonwealth of Pennsylvania* ) | |
| *and as a Freemason;* JEFFREY BEARD, ) | |
| *Individually, and as the Secretary of the* ) | |
| *Commonwealth of Pennsylvania, Department of* ) | |
| *Corrections*; COMMONWEALTH OF ) | |
| PENNSYLVANIA; DEPARTMENT OF ) | |
| CORRECTIONS SUPERINTENDENT GOOD, ) | |
| *Individually, and as Superintendent, SCI Cresson* ) | |
| *and an employee of Pennsylvania Department of* ) | |
| *Corrections*; and MRS. RIEFER, *Individually, and* ) | |
| *as an employee of the Pennsylvania Department of* ) | |
| *Corrections at SCI Cresson,* ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM ORDER

The above captioned case was initiated on June 7, 2006 by the filing of a Civil Rights Complaint. It was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

Plaintiff filed two motions for preliminary injunctive relief asserting the same allegations as he set forth in his Complaint (doc. nos. 3 & 32). The Magistrate Judge filed two Report and Recommendations on January 29, 2007 and February 20, 2007, respectively, recommending that Plaintiff's Petition and Motion for Preliminary Injunctive Relief Pendente Lite (doc. no. 3) be denied (doc. no. 30) and that Plaintiff's Motion for Temporary Restraining

Order (doc. no. 32) be denied (doc. no. 34). Plaintiff filed Objections to both Report and Recommendations (doc. nos. 33 & 35). After review of the pleadings and documents in the case, together with the Report and Recommendations, and the Objections thereto, the following order is entered:

AND NOW, this 9th day of March, 2007;

**IT IS HEREBY ORDERED** that Plaintiff's Petition and Motion for Preliminary Injunctive Relief Pendente Lite (doc. no. 3) is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Temporary Restraining Order (doc. no. 32) is **DENIED**.

**IT IS FURTHER ORDERED** that the Report and Recommendations (doc. nos. 30 & 34) of Magistrate Judge Lenihan, dated January 29, 2007 and February 20, 2007, respectivley, are adopted as the Opinions of the Court.

By the Court:

Kim R. Gibson
United States District Judge

cc: Lisa Pupo Lenihan
United States Magistrate Judge

Michael Piskanin, GG - 2457
SCI Cresson, Drawer A
Old Route 22
Cresson, PA 16699-0001

all counsel of record