IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL J. PISKANIN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EDWARD RENDELL *Individually, and as the* )<br>*Governor of the Commonwealth of Pennsylvania* )<br>*and as a Freemason;* JEFFREY BEARD, )<br>*Individually, and as the Secretary of the* )<br>*Commonwealth of Pennsylvania, Department of* )<br>*Corrections;* COMMONWEALTH OF )<br>PENNSYLVANIA; DEPARTMENT OF )<br>CORRECTIONS SUPERINTENDENT GOOD, )<br>*Individually, and as Superintendent, SCI Cresson* )<br>*and an employee of Pennsylvania Department of* )<br>*Corrections;* and MRS. RIEFER, *Individually, and* )<br>*as an employee of the Pennsylvania Department of* )<br>*Corrections at SCI Cresson,* )<br>)<br>Defendants. ) | Civil Action No. 06 - 129J<br><br>Judge Kim R. Gibson /<br>Magistrate Judge Lisa Pupo Lenihan |

## **MEMORANDUM ORDER**

The above captioned case was initiated on June 7, 2006 by the filing of a Civil Rights Complaint. It was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

The Magistrate Judge's Report and Recommendation filed on August 13, 2007 (doc. no 48), recommended that Defendants' Partial Motion to Dismiss (doc. no. 21) be granted. Objections to the Report and Recommendation were due by August 30, 2007. No Objections have been filed. After review of the pleadings and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 10th day of September, 2007;

**IT IS HEREBY ORDERED** that ~~Plaintiffs~~ Defendants' Partial Motion to Dismiss (doc. no. 21) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation (doc. no. 48) of Magistrate Judge Lenihan, dated August 13, 2007, is adopted as the Opinion of the Court.

By the Court:

Kim R. Gibson
United States District Judge

cc: Lisa Pupo Lenihan
United States Magistrate Judge

Michael Piskanin, GG - 2457
SCI Cresson, Drawer A
Old Route 22
Cresson, PA 16699-0001