IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MICHAEL J. PISKANIN,  )
 ) Civil Action No. 06 - 129J
  Plaintiff, )
 ) Judge Kim R. Gibson /
v. ) Magistrate Judge Lisa Pupo Lenihan
 )
EDWARD RENDELL *Individually, and as the* )
*Governor of the Commonwealth of Pennsylvania* )
*and as a Freemason;* JEFFREY BEARD, )
*Individually, and as the Secretary of the* )
*Commonwealth of Pennsylvania, Department of* )
*Corrections;* COMMONWEALTH OF )
PENNSYLVANIA; DEPARTMENT OF )
CORRECTIONS SUPERINTENDENT GOOD, )
*Individually, and as Superintendent, SCI Cresson* )
*and an employee of Pennsylvania Department of* )
*Corrections;* and MRS. RIEFER, *Individually, and* )
*as an employee of the Pennsylvania Department of* )
*Corrections at SCI Cresson,* )
 )
  Defendants. )

## MEMORANDUM ORDER

The above captioned case was initiated on June 7, 2006 by the filing of a Civil Rights Complaint. It was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

On October 30, 2007, Plaintiff filed his fourth motion for preliminary injunctive relief (doc. no.56) in this action. The Magistrate Judge's Report and Recommendation dated November 2, 2007 (doc. no. 60), recommended that Plaintiff's Emergency Motion for Preliminary Injunctive Relief be denied. No objections have been filed.

After *de novo* review of the pleadings and documents in the case, together with the

Report and Recommendations, the following order is entered:

AND NOW, this 19th day of December, 2007;

**IT IS HEREBY ORDERED** that Plaintiff's Emergency Motion for Preliminary Injunctive Relief (doc. no. 56) is **DENIED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation (doc. no. 60) of Magistrate Judge Lenihan, dated November 2, 2007 is adopted as the Opinion of the Court.

By the Court:

Kim R. Gibson
United States District Judge

cc: Lisa Pupo Lenihan
United States Magistrate Judge

Michael Piskanin, GG - 2457
SCI Cresson, Drawer A
Old Route 22
Cresson, PA 16699-0001

all counsel of record