IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL J. PISKANIN,<br><br>           Plaintiff,<br><br>v.<br><br>EDWARD RENDELL *Individually, and as the Governor of the Commonwealth of Pennsylvania and as a Freemason;* JEFFREY BEARD, *Individually, and as the Secretary of the Commonwealth of Pennsylvania, Department of Corrections;* COMMONWEALTH OF PENNSYLVANIA; DEPARTMENT OF CORRECTIONS SUPERINTENDENT GOOD, *Individually, and as Superintendent, SCI Cresson and an employee of Pennsylvania Department of Corrections;* and MRS. RIEFER, *Individually, and as an employee of the Pennsylvania Department of Corrections at SCI Cresson,*<br><br>           Defendants. | Civil Action No. 06 - 129J<br><br>Magistrate Judge Lisa Pupo Lenihan |

## **MEMORANDUM ORDER**

The above captioned case was initiated on June 7, 2006 by the filing of a Civil Rights Complaint. It was referred to the undersigned for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

A Report and Recommendation was filed on September 11, 2008 (doc. no 93) recommending that Defendants' Motion for Summary Judgment (doc. no.69) be granted. Objections to the Report and Recommendation were due by September 29, 2008. No Objections have been filed.

After the Report and Recommendation was filed, the parties consented to the

District Judge Kim R. Gibson reassigned the case to me in accordance with 28 U.S.C. § 636(c) (doc. no. 97). Accordingly, the following order is entered:

**AND NOW**, this 30th day of September, 2008;

**IT IS HEREBY ORDERED** that Defendants' Motion for Summary Judgment (doc. no. 69) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation (doc. no. 93) dated September 11, 2008 is adopted as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Clerk of Court mark this case **CLOSED**.

By the Court:

_____
Lisa Pupo Lenihan
United States Magistrate Judge

Michael Piskanin, GG - 2457
SCI Cresson
P.O. Box A
Old Route 22
Cresson, PA 16699-0001